IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL SECUIRTY ADMINISTRATION, Omaha Office; and DIRECT EXPRESS,<br><br>　　　　　　Defendants. | 4:21CV3091<br><br>**SHOW CAUSE ORDER** |

　　　　Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared. Plaintiff likewise has not filed an application to proceed in forma pauperis (See Filing No. 6).

　　　　Accordingly,

　　　　IT IS ORDERED that plaintiff shall have until September 20, 2021 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

　　　　Dated this 23rd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge