IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>                Plaintiff,<br><br>vs.<br><br>SOCIAL SECUIRTY ADMINISTRATION and DIRECT EXPRESS,<br><br>                Defendants. | 4:21-CV-3091<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 9) recommending that the Court dismiss the plaintiff's complaint. The plaintiff has not objected to the Magistrate Judge's findings and recommendation.

      Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The plaintiff was expressly notified that "failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation." Filing 9 at 2. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006).

Accordingly, the Court will adopt the Magistrate Judge's recommendation that the plaintiff's complaint be dismissed, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 9) are adopted.

2. The plaintiff's complaint is dismissed.

3. A separate judgment will be entered.

Dated this 12th day of October, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge