IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL SECUIRTY ADMINISTRATION and DIRECT EXPRESS,<br><br>　　　　　　　Defendants. | 4:21-CV-3091<br><br>ORDER |

This matter is before the Court on its own motion. The plaintiff filed a Notice of Appeal (filing 15), but failed to include the $505.00 filing and docket fees. The plaintiff has the choice of either submitting the $505.00 filing and docket fees to the clerk's office or submitting a request to proceed in forma pauperis. Accordingly,

　　IT IS ORDERED:

1. The plaintiff is directed to submit the $505.00 fees to the clerk's office or submit a request to proceed in forma pauperis.

2. The Clerk of the Court is directed to send the Plaintiff a copy of Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") along with a copy of this Memorandum and Order.

- 2 -

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter for November 24, 2021: with the following text: Check for motion to proceed in forma pauperis or payment.

Dated this 25th day of October, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge
