IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIAL SECUIRTY ADMINISTRATION and DIRECT EXPRESS,<br><br>    Defendants. | 4:21-CV-3091<br><br>ORDER |

On October 25, 2021, the court entered an Order directing the plaintiff to either pay the $505.00 appellate filing and docket fees, or submit a request to proceed in forma pauperis, on or before November 24, 2021. Filing 18. To date, the plaintiff has neither paid the appellate filing and docket fees nor taken any other action in this matter. Accordingly,

IT IS ORDERED:

1. The plaintiff is not permitted to proceed in forma pauperis on appeal.

2. The Clerk of the Court is directed to process the plaintiff's appeal to the Eighth Circuit Court of Appeals in accordance with their standard procedures.

Dated this 2nd day of December, 2021.

BY THE COURT:

_____
John M. Gerrard
United States District Judge